1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  SCOTT N. JOHNSON,                    No. 2:06-cv-1264-MCE-DAD
12          Plaintiff,
13       v.                              **ORDER RE: SETTLEMENT AND DISPOSITION**
14  NEHDI ARAB; NAZANIN ARAB; and
    DOES 1 through 10, inclusive,
15
            Defendants.
16  _____/
17       Pursuant to the representations of the attorney for
18  Plaintiff, the Court has determined that this case is settled.
19       In accordance with the provisions of Local Rule 16-160,
20  dispositional documents are to be filed on or before September 1,
21  2006.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4  IT IS SO ORDERED.
5 DATED: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE